JANUARY 29, 2002

No. 00–1926. AMERICAN INSURANCE ASSN. ET AL. *v.* LOW, COMMISSIONER OF INSURANCE OF CALIFORNIA. C. A. 9th. Cir. Certiorari dismissed under this Court's Rule 46.1.

No. 01–309. HOPE *v.* PELZER ET AL. C. A. 11th Cir. [Certiorari granted, *ante*, p. 1073.] Order granting petition for writ of certiorari amended as follows: Certiorari granted limited to the following questions: "1. Whether state officials sued in their individual capacities under 42 U. S. C. § 1983 are entitled to qualified immunity unless they have violated statutory or constitutional rights 'clearly established' by a case presenting facts 'materially similar' to those in the plaintiff's case. 2. Whether under the circumstances that must be taken as true at the summary judgment stage of this case, tying a prisoner to a 'hitching post' violates 'clearly established' constitutional rights for purposes of qualified immunity under 42 U. S. C. § 1983."

No. 01–7987 (01A561). ANDERSON *v.* DAVIS, GOVERNOR OF CALIFORNIA, ET AL. C. A. 9th Cir. Application for stay of execution of sentence of death, presented to JUSTICE O'CONNOR, and by her referred to the Court, denied. Certiorari denied. JUSTICE SCALIA took no part in the consideration or decision of this application and this petition.

JANUARY 30, 2002

No. 01–7930 (01A559). BROUSSARD *v.* COCKRELL, DIRECTOR, TEXAS DEPARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION. C. A. 5th Cir. Application for stay of execution of sentence of death, presented to JUSTICE SCALIA, and by him referred to the Court, denied. Certiorari denied. JUSTICE STEVENS and JUSTICE GINSBURG would grant the application for stay of execution.